IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO.: 5:24-cv-173-D

SONYA WILLIAMS, individually and )
as Administratrix of the Estate of )
DARRYL TYREE WILLIAMS )
 )
    Plaintiff, )
 )
v. )
 )   **ORDER**
THE CITY OF RALEIGH, MARCHELL )
ADAMS-DAVID, in her individual )
capacity, ESTELLA PATTERSON, in )
her individual capacity, CHRISTOPHER )
ROBINSON, in his individual capacity, )
JEREMIAH THOMAS, in his individual )
capacity, DANIEL AQUINO, in his )
individual capacity, JAMES SCOTT, in )
his individual capacity, and BRYAN )
RAMGE in his individual capacity, )
 )
    Defendants. )

This cause comes before the Court upon Defendants' Joint Motion to Seal, or in the alternative to Motion to Strike, Plaintiff's Voluntary Dismissal [DE 90] and the exhibit attached to plaintiff's voluntary dismissal of the defendant officers, filed October 15, 2025 [DE 90-1], on the grounds that the exhibit is the Memorandum of Understanding executed following the settlement of this matter and the parties agreed it was not to be included in the court record. Plaintiff's Voluntary Dismissal [DE 90] both references and recites terms from the Memorandum of Understanding. This filing [DE 90] was also deemed deficient by this Court and counsel has been instructed to refile as a stipulation of dismissal with all signatures.

AND IT APPEARING TO THE COURT that Defendants have demonstrated the necessity and propriety of striking the deficiently filed Plaintiff's Voluntary Dismissal and the exhibit at issue;

AND IT APPEARING TO THE COURT that plaintiff's voluntary dismissal [DE 90] was deemed deficient by the Court on October 17, 2025, and counsel has been instructed to refile a stipulation of voluntary dismissal with signatures of all counsel of record;

AND IT APPEARING TO THE COURT good cause has been shown to strike Plaintiff's Voluntary Dismissal [DE 90] and the exhibit [DE 90-1];

IT IS THEREFORE ORDERED that Defendants' Joint Motion to Strike be GRANTED and Plaintiff's Voluntary Dismissal [DE 90] along with the Exhibit A, Memorandum of Understanding, attached to plaintiff's voluntary dismissal [DE 90-1] will be stricken from the court record.

Entered this 20 day of November, 2025.

JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE