UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONYA WILLIAMS, Individually and as administrator of the Estate of DARRYL TYREE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RALEIGH, *et al.*,<br><br>Defendants. | CASE NO.: 5:24-cv-00173 |

## **STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS**

NOW COMES Plaintiff Sonya Williams, individually and as administrator of the Estate of Darryl Tyree Williams, and Defendants Christopher Robinson, Jeremiah Thomas, Daniel Aquino, James Scott, and Bryan Ramge and hereby move to dismiss with prejudice Defendants Christopher Robinson, Jeremiah Thomas, Daniel Aquino, James Scott, and Bryan Ramge from the above captioned matter.

Respectfully submitted the 24th day of November, 2025.

**//s// Jaelyn D. Miller**
Jaelyn D. Miller
N.C. Bar No. 56804
Ian Mance
N.C. Bar No. 46589
Emancipate NC
PO Box 309
Durham, NC 27702
T: 919-682-1149
jaelyn@emancipatenc.org
ian@emancipatenc.org
Robert DiCello
Kenneth Abbarno
DICELLO LEVITT LLP
8160 North Parkway, Third Floor
Mentor, Ohio 44060
T: 440-953-8888

rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
*Counsel for Plaintiff*


**//s// Hunt K. Choi**
HUNT K. CHOI
Deputy City Attorney
NC State Bar No. 24172
PAUL G. GESSNER
Sr. Associate City Attorney
NC State Bar No. 18213
JAMES B. TRACHTMAN
Sr. Associate City Attorney
NC State Bar No. 22360
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
hunt.choi@raleighnc.gov
paul.gessner@raleighnc.gov
james.trachtman@raleighnc.gov
*Counsel for Christopher Robinson, Jeremiah Thomas, Daniel Aquino, James Scott, and Bryan Ramge in their official capacities.*


**//s//James C. Thornton**
James C. Thornton
Cranfill Sumner & Hartzog LLP
P.O. Box 27808
Raleigh, NC 27611
919-828-5100
Fax: 919-828-2277
Email: jthornton@cshlaw.com
*Counsel for Daniel Aquino, James Scott, and Bryan Ramge*

2

**//s// Jason R. Benton**
Jason R. Benton
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jasonbenton@parkerpoe.com
Jessica Camille Dixon
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, NC 28202
704-372-9000
Fax: 704-334-4706
Email: jessicadixon@parkerpoe.com
*Counsel for Jeremiah Thomas*


**//s// Sonny S. Haynes**
Sonny S. Haynes
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, NC 27101
336-721-3632
Fax: 336-726-2227
Email: Sonny.Haynes@wbd-us.com
Rachel E. Keen
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
336-721-3569
Fax: 336-726-6921
Email: Rachel.Keen@wbd-us.com
*Counsel for Christopher Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**//s// Jaelyn D. Miller**
Jaelyn D. Miller
N.C. Bar No. 56804
Emancipate NC
PO Box 309
Durham, NC 27702
T: 919-682-1149
jaelyn@emancipatenc.org
*Counsel for Plaintiff*
