UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONYA WILLIAMS, Individually and as administrator of the Estate of DARRYL TYREE WILLIAMS, <br><br>Plaintiff, <br><br>vs. <br><br>CITY OF RALEIGH, *et al.*, <br><br>Defendants. | CASE NO.: 5:24-cv-00173 |

## STIPULATED DISMISSAL OF DEFENDANT CITY OF RALEIGH

NOW COMES Plaintiff Sonya Williams, individually and as administrator of the Estate of Darryl Tyree Williams, and Defendant City of Raleigh and hereby move to dismiss with prejudice Defendant City of Raleigh from the above captioned matter.

Respectfully submitted the 2nd day of December, 2025.

//s// **Ian Mance**
Ian A. Mance
N.C. Bar No. 46589
Jaelyn D. Miller
N.C. Bar No. 56804
EMANCIPATE NC
PO Box 309
Durham, NC 27702
T: 919-682-1149
ian@emancipatenc.org
jaelyn@emancipatenc.org
Robert DiCello
Kenneth Abbarno
DICELLO LEVITT LLP
8160 North Parkway, Third Floor
Mentor, Ohio 44060
T: 440-953-8888
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
*Counsel for Plaintiff*

<u>**//s// Hunt K. Choi**</u>
HUNT K. CHOI
Deputy City Attorney
NC State Bar No. 24172
PAUL G. GESSNER
Sr. Associate City Attorney
NC State Bar No. 18213
JAMES B. TRACHTMAN
Sr. Associate City Attorney
NC State Bar No. 22360
Post Office Box 590
Raleigh, North Carolina 27602
Telephone: (919) 996-6560
Facsimile: (919) 996-7021
hunt.choi@raleighnc.gov
paul.gessner@raleighnc.gov
james.trachtman@raleighnc.gov
*Counsel for City of Raleigh*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**//s// Ian Mance**
Ian A. Mance
N.C. Bar No. 46589
EMANCIPATE NC
PO Box 309
Durham, NC 27702
T: 919-682-1149
ian@emancipatenc.org
*Counsel for Plaintiff*
